IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01490-RM-MJW

BRYAN KOENIG,

Plaintiff,

v.

TERRY E. THURMSTON, in their individual capacity,
JENNENE SCOTT, in their individual capacity, and
JODI GERMANO, in their individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion to Vacate and Reset Scheduling Conference (Docket No. 12) is granted.  The Scheduling Conference set on August 12, 2014 at 9:30 a.m. is VACATED.  It is, however, further

     ORDERED that the plaintiff shall FORTHWITH serve the defendants.  It is further

     ORDERED that a Status Conference will be held on August 12, 2014, at 9:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: August 4, 2014