IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01490-RM-MJW

BRYAN KOENIG,

Plaintiff,

v.

TERRY E. THURMSTON, in their individual capacity,
JENNENE SCOTT, in their individual capacity, and
JODI GERMANO, in their individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Docket No. 27) is granted, and the First Amended Complaint (Docket No. 27-1) is accepted for filing as of the date of this Minute Order.

Date: October 30, 2014