**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   14-cv-01490-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   November 04, 2014 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| BRYAN KOENIG,<br>        Plaintiff(s), | Dennis W. Hartley |
| v. | |
| TERRY E. THURMSTON,<br>in their individual capacity,<br>JENNENE SCOTT,<br>in their individual capacity,   and<br>JODI GERMANO, in their individual capacity,<br>        Defendant(s). | Shane M. White  (by telephone)<br><br>Kenneth R. Hodges  (by telephone)<br>Diana K. May     (by telephone) |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**  10:32 a.m.
Court calls case.  Appearances of counsel.

The Court raises the Defendants' Amended Motion to Stay Discovery for discussion. Comments made by counsel.  The motion is deemed unopposed.

**It is ORDERED:**   Defendants' JOINT MOTION TO STAY DISCOVERY [Docket No. **31,** Filed October 31, 2014] is **DENIED AS MOOT.**

**It is ORDERED:**   Defendants' AMENDED JOINT MOTION TO STAY DISCOVERY [Docket No. **34,** Filed November 03, 2014] is **GRANTED** for reasons as set forth on the record.  Discovery is **STAYED** in this matter at least until anticipated Motions to Dismiss are decided or until further order of the court.

**It is ORDERED:**   Defendants shall file their Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b) **on or before NOVEMBER 13, 2014.**

The proposed Scheduling Order [Docket No. 33, filed October 31, 2014] is not considered by the Court at this time.  No pretrial deadlines are set.

HEARING CONCLUDES.    **Court in recess:**   10:40 a.m.  Total In-Court Time:  00:08