IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01490-RM-MJW

BRYAN KOENIG,

Plaintiff,

v.

TERRY E. THURMSTON, in their individual capacity,
JENNENE SCOTT, in their individual capacity, and
JODI GERMANO, in their individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to File Combined Response to City Defendants' Motion to Dismiss and Defendant Germano's Motion to Dismiss Out of Time (Docket No. 45) is granted. Plaintiff's response (Docket No. 46) is accepted for filing.

Date: January 6, 2015